UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL SHRIVER, DORCAS GITHINJI and JASON SHRIVER,<br><br>  Plaintiffs,<br><br>v.<br><br>OLYMPIA POLICE DEPARTMENT, et al.,<br><br>  Defendants. | CASE NO. C22-5138 MJP<br><br>ORDER GRANTING JOINT STIPULATED MOTION AND RESETTING TRIAL DATE AND CASE DEADLINES |

This matter comes before the Court on the Parties' Joint Stipulated Motion for Amendment of Trial Date and Case Schedule. (Dkt. No. 18.) Having reviewed the Motion and supporting materials, the Court GRANTS the Motion. The Court finds good cause to reset the trial date and adjust the interim case deadlines as follows:

| Event | Deadline |
|---|---|
| JURY TRIAL DATE | December 4, 2023 at 9:00 AM |

ORDER GRANTING JOINT STIPULATED MOTION AND RESETTING TRIAL DATE AND CASE DEADLINES - 1

| | |
|---|---|
| Deadline for joining additional parties | December 13, 2022 |
| Deadline for filing amended pleadings | December 23, 2022 |
| Reports from expert witness under FRCP 26(a)(2) due | May 8, 2023 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | June 7, 2023 |
| Discovery completed by | July 7, 2023 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d))<br><br>**Counsel are reminded of the requirement to provide courtesy copies of any motions with exhibits or other attachments exceeding 50 pages. Compliance with this requirement will facilitate timely consideration of your motion.** | August 7, 2023 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference. | October 30, 2023 |
| Agreed pretrial order due | November 21, 2023 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions: | November 21, 2023 |
| Pretrial conference | November 29, 2023 at 1:30 PM |
| Length of Jury Trial | 10 days |

These dates are set at the direction of the Court after reviewing the Joint Motion. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on

ORDER GRANTING JOINT STIPULATED MOTION AND RESETTING TRIAL DATE AND CASE DEADLINES - 2

the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause. If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify the Deputy Clerk, Grant Cogswell, in writing within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases. All other provisions in the initial case schedule order continue to apply. (See Dkt. No. 8 at 2-3 (concerning cooperation, exhibits, and settlement).)

The clerk is ordered to provide copies of this order to all counsel.

Dated November 15, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING JOINT STIPULATED MOTION AND RESETTING TRIAL DATE AND CASE DEADLINES - 3