THE HONORABLE MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| GABRIEL SHRIVER, DORCAS GITHINJI and JASON SHRIVER, a marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>OLYMPIA POLICE DEPARTMENT, TIFFANY COATES, JOSIAH LUTZ, THOMAS MILAVEC, NICHOLAS SMITH, JASON WATKINS, RYAN HIROTAKA, BRYAN HOUSER, COREY JOHNSON, VASILE KOVZUN, LEVI LOCKEN, and DOES 1-10,<br><br>Defendants. | NO. 3:22-cv-05138-MJP<br><br>**STIPULATED ORDER DISMISSING GABRIEL SHRIVER AS A PLAINTIFF** |

### STIPULATION

The parties, through counsel, hereby stipulate to an Order that dismisses the claims brought by Gabriel Shriver without prejudice and without costs or fees to any party. The parties further stipulate that Gabriel Shriver should be dismissed as a plaintiff and the caption should be amended to reflect that he is no longer a party to this case.

STIPULATED TO THIS 18th DAY OF APRIL, 2023.

LAW, LYMAN, DANIEL, KAMERRER
& BOGDANOVICH, P.S.

*/s/ John E. Justice*
_____
John E. Justice, WSBA No. 23042
Attorney for Olympia Defendants
Email: jjustice@lldkb.com

**STIPULATED ORDER DISMISSING GABRIEL SHRIVER AS A PLAINTIFF** – 1

Cause No.: 3:22-cv-05138-MJP

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480   FAX: (360) 357-3511*

ALBERT LAW PLLC

*/s/ Gregory W. Albert*

Gregory W. Albert, WSBA No. 42673
Attorney for Plaintiffs
Email: greg@albertlawpllc.com

KEATING, BUCKLIN & McCORMACK, INC., P.S.

*/s/ Richard B. Jolley*

Richard B. Jolley, WSBA No. 23473
Attorney for Defendant Thurston County
Email: rjolley@kbmlawyers.com

THURSTON COUNTY PROSECUTING ATTORNEY

*/s/ Julie Carignan*

Julie Carignan, WSBA No. 36670
Attorney for Defendant Thurston County
Email: julie.carignan@co.thurston.wa.us

**ORDER**

This matter having come before the Court on the foregoing stipulation of the parties and the Court, having considered the foregoing Stipulation, hereby orders that the claims brought by Gabriel Shriver are dismissed without prejudice and without costs or fees to any party. Gabriel Shriver is dismissed as a plaintiff and the caption is amended to reflect that he is no longer a party to this case.

DATED: April 19, 2023.

Marsha J. Pechman
United States Senior District Judge

**STIPULATED ORDER DISMISSING GABRIEL SHRIVER AS A PLAINTIFF** – 2

**Cause No.: 3:22-cv-05138-MJP**

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*