UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DORCAS GITHINJI and JASON SHRIVER, <br><br> Plaintiffs, <br><br> v. <br><br> OLYMPIA POLICE DEPARTMENT, et al., <br><br> Defendants. | CASE NO. C22-5138 MJP <br><br> ORDER GRANTING STIPULATED MOTION TO AMEND CASE SCHEDULE |

This matter comes before the Court on the Parties' Stipulated Motion to Amend the Case Schedule. (Dkt. No. 58.) Having reviewed the Motion and all supporting materials, the Court GRANTS the Motion. The Court finds good cause to allow a brief extension of the expert witness report deadline. The Court therefore extends the expert report deadline to November 2, 2023.

\\

\\

ORDER GRANTING STIPULATED MOTION TO AMEND CASE SCHEDULE - 1

1    The clerk is ordered to provide copies of this order to all counsel.

2    Dated October 4, 2023.

Marsha J. Pechman
United States Senior District Judge