THE HONORABLE MARSHA J. PECHMAN
Trial Date: May 6, 2024

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GABRIEL SHRIVER, DORCAS GITHINJI, AND JASON SHRIVER, a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>OLYMPIA POLICE DEPARTMENT, TIFFANY COATES, JOSIAH LUTZ, THOMAS MILAVEC, NICHOLAS SMITH, JASON WATKINS, RYAN HIROTAKA, BRYAN HOUSER, COREY JOHNSON, VASILE KOVZUN, LEVI LOCKEN, THURSTON COUNTY SHERIFF'S OFFICE AND DOES 1-10,<br><br>Defendants. | No. 3:22-CV-05138-MJP<br><br>[~~PROPOSED~~]<br><br>STIPULATION FOR AND ORDER OF DISMISSAL<br><br>*[CLERK'S ACTION REQUIRED]*<br><br>Noting Date: December 1, 2023 |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs DORCAS GITHINJI AND JASON SHRIVER and Defendant THURSTON COUNTY SHERIFF'S OFFICE AND DOES 1-10 that all claims against THURSTON COUNTY SHERIFF'S OFFICE AND DOES 1-10 may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

STIPULATION FOR AND ORDER OF DISMISSAL - 1
3:22-CV-05138-MJP
1329-00035/Document in ProLaw.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

Dated: 12/1/23                KEATING, BUCKLIN & McCORMACK, INC., P.S.

_____
Richard B. Jolley, WSBA #23473
Margot G. Cotter, WSBA #57540
Attorney for Defendant
801 Second Avenue, Suite 1210
Seattle, WA 98104
Ph.: (206) 623-8861 / FAX: (206) 223-9423
rjolley@kbmlawyers.com
mcotter@kbmlawyers.com

Dated: 12/1/2023

ALBERT LAW PLLC

_____
Gregory W. Albert, WSBA #42673
Jonah L. Ohm Campbell, WSBA #55701
*Attorneys for Plaintiff*
3131 Western Avenue, Suite 410
Seattle, WA 98121
Phone: 206-576-8044
Email: greg@albertlawpllc.com

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against Defendant THURSTON COUNTY SHERIFF'S OFFICE AND DOES 1-10 are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 5th day of December, 2023.

_____
THE HONORABLE MARSHA J. PECHMAN

STIPULATION FOR AND ORDER OF DISMISSAL - 2
3:22-CV-05138-MJP
1329-00035/Document in ProLaw.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423