THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIEL SHRIVER, DORCAS GITHINJI and JASON SHRIVER, a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>OLYMPIA POLICE DEPARTMENT, TIFFANY COATES, JOSIAH LUTZ, THOMAS MILAVEC, NICHOLAS SMITH, JASON WATKINS, RYAN HIROTAKA, BRYAN HOUSER, COREY JOHNSON, VASILE KOVZUN, LEVI LOCKEN, and DOES 1-10,<br><br>Defendants. | Case No. 3:22-cv-05138-MJP<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE |

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND DISCOVERY DEADLINE- **1**
Case No. 3:22-cv-05138-MJP

THIS MATTER having come before the United States District Court for the Western District of Washington on the parties' Stipulated Motion to Extend Discovery Deadline, and upon consideration of the pleadings and declarations:

The Court HEREBY FINDS that good cause exists to extend the December 8, 2023 discovery deadline contained in the case schedule to December 31, 2023 for the limited purpose of permitting the Plaintiffs to conduct an oral examination of Defendant Thomas Milavec.

IT IS SO ORDERED.

DATED this 12th day of December, 2023.

By: *[signature]*
MARSHA J. PECHMAN
United States Senior District Judge

Presented by:

___/s/ Jonah Ohm Campbell_____
Gregory W. Albert, WSBA 42673
Jonah L. Ohm Campbell, WSBA 55701
ALBERT LAW PLLC
3131 Western Ave, Suite 410
Seattle, WA 98121
Telephone: (206) 576-8044
E-mail: greg@albertlawpllc.com
Attorneys for Plaintiffs

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND DISCOVERY DEADLINE- 2
Case No. 3:22-cv-05138-MJP