THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GABRIEL SHRIVER, DORCAS GITHINJI and JASON SHRIVER, a marital community,

Plaintiffs,

v.

OLYMPIA POLICE DEPARTMENT, TIFFANY COATES, JOSIAH LUTZ, THOMAS MILAVEC, NICHOLAS SMITH, JASON WATKINS, RYAN HIROTAKA, BRYAN HOUSER, COREY JOHNSON, VASILE KOVZUN, LEVI LOCKEN, THUSTON COUNTY SHERIFF'S OFFICE, and DOES 1-10,

Defendants.

Case No. 3:22-cv-05138-MJP

**DECLARATION OF JONAH OHM CAMPBELL IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT WITNESSES**

DECLARATION - **1**
Case No. 3:22-cv-05138-MJP

ALBERT LAW PLLC
3131 Western Avenue, Suite 410
Seattle, WA  98121
Phone: (206) 576-8044

I, Jonah Ohm Campbell, hereby declare that I am over 18 years of age, competent to be a witness herein, and that I make this declaration under penalty of perjury:

1. Exhibit 1, to be physically filed with the Clerk, is a true and correct copy of video footage recorded by Jason Shriver's security camera on January 26, 2020.

2. Exhibit 2, to be physically filed with the Clerk, is a true and correct copy of video footage recorded by Jason Shriver's security camera on January 26, 2020.

3. Attached to this declaration as Exhibit 3 is a true and correct copy of the computer aided dispatch ("CAD") log recorded by Olympia Police Department on January 26, 2020.

4. Attached to this declaration as Exhibit 4 is a true and correct copy of the transcript for the telephonic search warrant conducted by Officer Nicholas Smith on January 26, 2020.

5. Attached to this declaration as Exhibit 5 is a true and correct copy of expert witness Colleen Wilson's expert report in this case.

6. Attached to this declaration as Exhibit 6 is a true and correct truncated copy of the transcript of the oral examination of Sgt. Corey Johnson taken on January 12, 2023.

7. Attached to this declaration as Exhibit 7 is a true and correct truncated copy of the transcript of the oral examination of Officer Nicholas Smith taken on January 19, 2023.

8. Attached to this declaration as Exhibit 8 is a true and correct copy of the expert witness Christopher Nielsen's expert report in this case.

Signed in Seattle, WA on December 20, 2023.

By: _____
Jonah L. Ohm Campbell

DECLARATION - **2**
Case No. 3:22-cv-05138-MJP

ALBERT LAW PLLC
3131 Western Avenue, Suite 410
Seattle, WA  98121
Phone: (206) 576-8044

## <u>CERTIFICATE OF FILING AND SERVICE</u>

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on the below date I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, who will send notification of such filing to the following party:

**TO:**

John E. Justice
Law, Lyman, Daniel, Kamerrer, & Bogdanovich, P.S.
P.O. Box 11880
Olympia, WA 98508

**Method(s) of Service:**

☐ Electronic Mail      ☐ U.S. Mail            ☐ Personal Service/Legal Messenger
☒ E-Service            ☐ Facsimile Transmission   ☐ Other:_____

*Notes:*

Dated this day, December 21, 2023 at Seattle, Washington.

_____
Jonah Ohm

CERTIFICATE OF SERVICE - 1

**ALBERT LAW PLLC**
3131 Western Avenue, Suite 410
Seattle, Washington 98121
Phone: (206) 576-8044