# Exhibit 3

**Detailed History for Police Event #200260752 As of 2/07/2020 08:29:08**

Output for: SIMK

**Priority:1P Type:DOMES - DOMESTIC VIOLENCE**
**Location:4318 5TH AVE NW, OL btwn OSO BERRY ST NW and FIRE WILLOW ST NW**
**Map:K12**

| Created: | 01/26/2020 20:58:32 | P08 | SMITHT |
|---|---|---|---|
| Entered: | 01/26/2020 20:59:51 | P08 | SMITHT |
| Dispatch: | 01/26/2020 21:00:07 | P12 | TREVORE |
| Enroute: | 01/26/2020 21:00:07 | P12 | TREVORE |
| Onscene: | 01/26/2020 21:08:32 | P12 | TREVORE |
| Transprt: | 01/27/2020 03:16:06 | P12 | SMITHT |
| Complete: | 01/27/2020 03:19:48 | P12 | SMITHT |
| Closed: | 01/27/2020 04:49:51 | P12 | SMITHT |

**ICUnit: PrimeUnit:2A30 Dispo:E Type:DOMES - DOMESTIC VIOLENCE**
**Agency:OP Group:OPD Beat:OP-AN Grid:2-17A**

**Case #:OP200000535 ☐ Detail**

| 20:58:32pst | CREATE | SMITHT/P08 | Location:4318 5TH AVE NW, OL Type:DOMES Name:SCHRIVER, JAKE Group:OPD Area:2-17A TypeDesc:DOMESTIC VIOLENCE LocDesc:btwn OSO BERRY ST NW and FIRE WILLOW ST NW Priority:1P Response:2PAT Agency:OP Map:K12 LocType:S GeoLong:-122.956929 GeoLat:47.049764 |
|---|---|---|---|
| 20:59:51 | ENTRY | | Comment:CALLER SOUND INTOX STATES HE NEEDS HIS WIFE REMOVED FROM HIS HOME FEM N/SCHRIVER, SEKU |
| 20:59:51 | ALI | | E911Phne:360/907-5647 E911Pilot:253/217-9476 E911Add:0 WIRELESS CALL, XX E911Subs:SPRINT E911Srce:WPH2 AliLong:-122.956935 AliLatitude:47.049899 Uncertainty:36 |
| 20:59:51 | ALIGEO | | GeoLong:-122.956935 GeoLat:47.049899 ClosestAdd:4318 5TH AVE NW AddDesc:49 ft N ClosestInt:5TH AVE NW / OSO BERRY ST NW InterDesc:150 ft NW Area1:2-17A Area2:OL-2A |
| 20:59:51 | -PREMIS | | Comment:FPR, PPR |
| 20:59:53 | SELECT | TREVORE/P12 | |
| 20:59:59 | INFO | SMITHT/P08 | Comment:CALLER DISCONNECTED ON CR VERIFIED ADDRESS |
| 21:00:02 | INFO | | Comment:ATTEMPTING TO CALL BACK NOW |
| 21:00:07 | DISPER | TREVORE/P12 | 2A30 Operator:COATEST OperName:COATES, TIFFANY |
| 21:00:07 | -PRIU | | 2A30 |
| 21:00:10 | DISPER | | 2A80 Operator:SMITHN OperName:SMITH, NICHOLAS |
| 21:00:10 | CHANGE | SMITHT/P08 | Phone:None-->360/907-5647 |
| 21:00:26 | PRIOR | TREVORE/P12 | Location:4318 5TH AVE NW, OL PremType:PPR |

| Time | Type | Officer | Details |
|---|---|---|---|
| 21:00:44 | INFO | SMITHT/P08 | Comment:NO ASNW ON CALL BACK....MULT RINGS THEN VM NOT SET UP |
| 21:02:46 | INFO | | Comment:N/SCHRIVER,WANJIKU GITHINJI D/1982 04 12<br>N/SCHRIVER,JASON EMORY D/1968 02 23 |
| 21:02:51 | BACKER | TREVORE/P12 | 2A47 UnitID:2A30 Location:4318 5TH AVE NW, OL Operator:MILAVECT OperName:MILAVEC, THOMAS |
| 21:02:53 | NOMORE | SMITHT/P08 | |
| 21:03:00 | DISPER | TREVORE/P12 | 2S26 |
| 21:03:03 | DISPER | | 2S27 Operator:JOHNSONC OperName:JOHNSON, COREY |
| 21:03:04 | AID | | 2S26 |
| 21:03:04 | CLEAR | | 2S26 |
| 21:07:54 | AID | | 2A30 |
| 21:07:54 | CLEAR | | 2A30 |
| 21:08:18 | DISPER | | 2A30 Operator:COATEST OperName:COATES, TIFFANY |
| 21:08:32 | ONSCN | | 2A47 Comment:AREA |
| 21:09:44 | MISC | MULLENR/P04 | Comment:GOT A CALL FROM 360 907 5647 SAYING HIS NAME WAS "JAKE" AND HE MISSED A CALL FROM THIS NUMBER...WAS SPEAKING SLOW AND SOMEWHAT SLURRED SPEECH...PH # HX CAME BACK TO THIS CALL |
| 21:10:11 | MISC | | Comment:JAKE WAS SAYING NO ONE CALLED 911 AND THEY DIDN'T NEED ASSISTANCE...WAS VERY SHORT WITH THE CR AND DISC QUICKLY |
| 21:10:34 | SELECT | TREVORE/P12 | |
| 21:10:39 | ONSCN | | 2A30 |
| 21:10:50 | ONSCN | | 2A80 |
| 21:11:36 | MISC | | 2A30 Plate:BCP2609 Comment:LIC |
| 21:11:45 | LOGM | | 2A30 Message:012001270511004578 MessageType:Text Received:01/26/2020 21:11:38 Comment:REG |
| 21:11:54 | SELECT | | |
| 21:13:01 | LOGM | | Message:012001270513004621 MessageType:Text Received:01/26/2020 21:12:21 Comment:OFFICER SAFETY ADV JASON |
| 21:13:08 | LOGM | | Message:012001270513004622 MessageType:Text Received:01/26/2020 21:12:44 Comment:DL JASON |
| 21:13:23 | LOGM | | Message:012001270513004623 MessageType:Text Received:01/26/2020 21:13:14 Comment:DL WANJIKU SHRIVER |
| 21:13:34 | MISC | | 2A47 Comment:ATT CTC |
| 21:13:46 | DISPOS | | 2B59 Operator:KOVZUNV OperName:KOVZUN, VASILE |
| 21:13:49 | MISC | | 2B59 Comment:W/1 AT THE DOOR |
| 21:14:47 | MISC | | 2B59 Comment:CODE10 |
| 21:14:51 | DISP | | CODE10 |
| 21:15:43 | ONSCN | | 2S27 |
| | | | |