# Exhibit 4

THURSTON COUNTY, WASHINGTON
COMPLAINT FOR TELEPHONIC SEARCH WARRANT
STATE OF WASHINGTON )    SEARCH WARRANT
                     ) ss
County Of Thurston   )    NO.  20-88

Olympia Police Department Case #20-535



**FILED**

FEB 0 3 2020

Superior Court
Linda Myhre Enlow
Thurston County Clerk

| | | |
|---|---|---|
| **Dispatch:** | Dispatch. Are you needing a judge? | |
| **Officer:** | Hi, it's Officer Smith, with Olympia. Um, I just need… | |
| **Dispatch:** | I'll transfer you… | |
| **Officer:** | …to be transferred to a… | |
| **Dispatch:** | …to Judge Buckley. Hold on just a moment. | |
| **Officer:** | Perfect. | |
| **Judge:** | Judge Buckley. | |
| **Dispatch:** | Good evening, Judge Buckley… | |
| **Officer:** | Hi, your honor. | |
| **Dispatch:** | …this is the 911 center. I have Olympia Officer Smith on the line requesting a search warrant. Are you available? | |
| **Judge:** | I am. | |
| **Dispatch:** | Go ahead, you are being recorded. | |
| **Judge:** | Officer Smith, good evening. | |
| **Officer:** | (unintelligible) Hi, good evening, your honor. This is Officer Smith with Olympia Police Department. | |
| **Judge:** | All right. And what time do you show? | |
| **Officer:** | I show the time is 2319 hours on 01/26/2020. | |
| **Judge:** | All right. (unintelligible) you said 2319? | |
| **Officer:** | Yes, sir. | |
| **Judge:** | Okay. 2319 hours on Sunday, the 26th…January. Let me swear you in. Do you swear the testimony in your promise…probable cause application will be the truth, whole truth and nothing but the truth? | |
| **Officer:** | Yes, I do. | |
| **Judge:** | Go ahead, proceed. | |
| **Officer:** | All right. Would you like the p/c statement first? | |
| **Judge:** | (No verbal response) | |
| **Officer:** | Or training and experience? | |
| **Judge:** | Training and experience is fine. | |

**Officer:** Okay. Uh, your honor, I was hired by Olympia Police Department in July of 2018. I went to the Basic Law Enforcement Academy in Spokane Washington from August of 2019 until December of 2019, 720 hours where we learned of (unintelligible) investigations regarding assaults, drug investigations, um, simple misdemeanor crimes to serious felony crimes. I graduated from the academy December 18 of 2019 where I then proceeded to start my basic, uh, PTO training. In January of 2019 I then was, uh, I did that for six months. Or excuse me, I did that for five months. I was involved in multiple investigations incru-, including domestic violence crimes and crimes against persons, um, drug crimes, assaults, um, within May of 2019 I was in, into, uh, single officer patrol where I continued working (unintelligible) until January. And throughout my time, I've continued to investigate and numerous crimes and calls for services, uh, throughout the last six months. Uh, until…January, up until today, January 26, 2020.

**Judge:** Okay. Go ahead.

**Officer:** All right. On this evening, January 26th, 2020, um, at around 2058 hours, myself and multiple O.P.D officers, Olympia police officers were dispatched to a domestic violence call at 4318 5th Avenue Northwest in Olympia. Uh, dispatch advised that a male was calling in and reported that he wanted a female, uh, what, uh, his wife removed from the house. Dispatch advised that the male caller sounded intoxicated and disconnected with the call receiver shortly after calling. Dispatch was unable to reach the male caller on call back. At around 2110 hours, officers, multiple officers arrived in the area of the residence. Around the same time, the male called 911 and stated no assistance was needed at the residence. Officers attempted to make contact at the front door with the male who is identified as Jason E Shriver, date of birth 02-23-1968. Uh, Jason goes by the name of Jake, and we made contact with him at around 2113 hours. Jake opened the door and was immediately agitated with the O.P.D officer. Jake repeatedly told us to leave and that nothing was wrong at the house. Jake was vulgar and had his dog, which was a Doberman Pinscher standing to his right. Jake was, when Jake was made aware that we're not leaving the…the immediate area, he slammed the door, then opened it back up again, and continued to be act out in a vulgar manner. As Jake held the door slightly open, we were able to see a female walk toward the door and stood next to him on the left side of him. The female was identified as Wanjiku Shriver WANJIKU G Shriver, date of birth 4-12-1982. She appeared scared as she stood next to Jake. Officers told the female to come out and talk to us in order to separate both parties. At this time, the female tried to walk out to us, and Jake grabbed the female's right hand in order to prevent her from leaving. He grabbed her right hand with his left hand, as he still had his dog next to him. The female was trying to explain to

Jake that she was trying to talk to us. The female then backed away for a second from the door for a short time, (unintelligible) walking to the door again and trying to step outside. At this time, when the female tried to walk out again to talk to us, Jake, while holding his dog with his right hand, put his left hand in front of the female and told her something to the effect "you're not going out there." The arm over the chest appeared to be a strike, as it once again knocked her backwards. The female was able to open the door and step outside. Jake told us that he was going to let the dog outside to eat our faces. Uh, this dog is very vicious, it's a Doberman Pinscher, which prevented us from going inside to take control of Jake and detain him for our investigation. Uh, Sgt. Houser who's on scene with us who's been to this address before, uh, Jake has told him that his dog is a certified attack dog. There are also warning signs on the windows about the dog as well. At this time, Jake has refused multiple times to come outside. Officer Coates who is working the west side as well has attempted to call him multiple times, and has not answered. Um, his phone has shut off multiple times. She has also called and there's been minimal contact saying he still will not come outside to us. Um, I have been with the female, Wanjiku, his wife. Um, she's also tried to call him. She's reached him a few times. However, the conversations don't go anywhere, other than he's not coming outside, because he's done nothing wrong. Um, there are firearms in the house. Um, Sgt. Houser was on scene confirmed to units that Jake's friend told him there are at least two handguns, a shotgun and a rifle in the house. Um, his wife has also confirmed there are firearms. Although, she has not seen them in any specific spot. And she is, um, not very familiar with firearms. Um, they were taken due to a previous call, I believe in 2019. Um, but he has since been able to regain them. Uh, Jake...Jason Shriver does, does have a law enforcement officer safety caution against him. And...at this time, we're requesting, uh, we believe we do have probable cause for unlawful imprisonment d/v and...and...we're attempting to make contact in...receive a search warrant into 4318 5th Avenue Northwest, Olympia Washington 98502. It's a two story house, gray in color with white trim. It has a white garage with a silver Mercedes and red BMW parked in the driveway. Um, there is also white trim windows. And we're (unintelligible) to seize Jason E Shriver, who is a white male. His DOL states he's 6', 215 pounds and his date of birth is 02-23-1968. Your honor, that is all at this time.

**Judge:** What did his wife say has happened?

**Officer:** Um, his, his, his wife has been uncooperative. Um, she stated earlier, earlier in the evening they had a verbal argument, um,...it re-, re-, is over his drunkenness state. Um, she picked him up from church, he was drunk. That is where their argument...their argument happened,

and it carried over to the house. He is very intoxicated. Um, she's been unable to provide us further information on if an assault occurred at the house. She says everything's been verbal. Uh, but myself and other officers witnessed the assault at the front door, uh, when he grabbed her right hand and then a second time, uh, prevented, put, put, put his left arm in front of her, preventing her from coming out to us.

**Judge:** And how long of a delay was that, uh,…what, how long of a delay did that cause?

**Officer:** Uh, the delay was a, a couple seconds. Uh, she got struck, she moved backwards. And we were able to (unintelligible) able to halfway open the door and we were able to take her, um, toward the garage area. And then removed her from the scene as other officers were trying to contact Jason at the front door.

**Judge:** (unintelligible) you have enough based on what you saw for the, the assault and unlawful imprisonment.

**Officer:** Okay.

**Judge:** I'm asking, is that what you believe?

**Officer:** Yes, I do believe we have unlawful imprisonment d/v, based on the assault and him preventing her from leaving the house.

**Judge:** All right. I'll find probable cause (unintelligible) and do you believe anyone else is present in the home?

**Officer:** Sorry, I couldn't, I couldn't hear that.

**Judge:** Do you believe anyone else is present in the home?

**Officer:** No, there's not. She exited the house and one other male exited shortly after. And, uh, that male stated there's nobody else in the house. Originally, the female stated there was nobody in the house. Um, but we do believe there's nobody else in the house.

**Judge:** (unintelligible). (unintelligible) that male described anything that had happened (unintelligible)?

**Officer:** I have not, I've not been able to contact him. He did not, I believe he did not see anything that happened outside or, uh, where myself and officers were, as we were at the front door with the female and the male. At that time, we could not see, uh, the other male that exited the house. And I have not been in contact with that other male.

**Judge:** Okay. All right. So you're seeking permission to enter the house to detain…the def-, uh, the defendant, is that correct?

**Officer:** Yes, your honor.

**Judge:** All right. (unintelligible) the information provided, I will authorize the entry for that purpose.

**Officer:** All right. Thank you, your honor.

**Judge:** All right. What time do you now have?

**Officer:**    I now have 2330 hours on 1/26/2020.

**Judge:**    All right. Thank you, officer.

**Officer:**    All right. Thank you.

**Judge:**    Good night.

**Officer:**    Good night.

☐ **EXPEDITE**
☐ No Hearing is set
☐ Hearing is set:

Date: _____

Time: _____

Judge/Calendar: _____

_____

| SUPERIOR COURT OF WASHINGTON IN AND FOR THURSTON COUNTY | *OPD 20-535* |
|---|---|
| STATE OF WASHINGTON, | No. 20-1-00165-34 |
| Plaintiff, | **Receipt for Surrendered Firearms, Other Dangerous Weapons and Concealed Pistol License** |
| v. | (criminal)  (RCPF) |
| JASON EMORY SHRIVER, | |
| Defendant. | |

**The Defendant** must file a copy of this receipt, and file the *Proof of Surrender* form with the court.

**Law Enforcement**:

List each item surrendered individually with brand, model, serial number, color, concealed pistol license number and issuing authority, etc. below (attach additional sheets if necessary):

| | |
|---|---|
| Sig Sauer P226 9mm x 19; Serial# 47A215424 ✓ | |
| Taurus 9mm; Serial# TIZ19172 ✓ | |
| ~~Ruger~~ .38 cal; Serial# AA192093 ✓ | 38 special ⟩ ~~ROSSI~~ *ROSSI* |
| EW .45 cal; Serial# EA73085 c.11402 ✓ | ⟩ ~~ROSSI~~ |
| | |
| | |

Number of firearms surrendered: ____4____

(Name of law enforcement official) ___*Ofc. Manning*___ received the firearms, other dangerous weapons, and concealed pistol licenses listed above on behalf of ___*Olympia Police Dept.*___, the local law enforcement agency.

Receipt for Surrendered Weapons and -
Concealed Pistol License (criminal) (Attachment)
NC 03.0500 (07/2019) – RCW 9.41.800

(Law enforcement shall file the original receipt with the court within 24 hours after service of this order, electronically whenever electronic filing is available.)

I declare, under penalty of perjury under the laws of the State of Washington, that this statement is true and correct.

Dated: ___5 feb 20___ at (place) ___Olympia___, Washington.

___K. Manning___            ___Kimberly Manning #64___
Signature of Law Enforcement Official    Print Name           Badge No.

Address: ___601 4th Ave E, Olympia WA 98501___
                                            OPD Main

Receipt for Surrendered Weapons and -
Concealed Pistol License (criminal) (Attachment)
NC 03.0500 (07/2019) – RCW 9.41.800

E-FILED
THURSTON COUNTY, WA
SUPERIOR COURT
01/27/2020 - 4:09 PM
Linda Myhre Enlow
Thurston County Clerk

**SUPERIOR COURT OF WASHINGTON
IN AND FOR THURSTON COUNTY**

STATE OF WASHINGTON,

Plaintiff,

vs.

JASON E SHRIVER

Defendant.
DOB:   02/23/1968

NO.   20-1-00165-34

**Order to Surrender Weapons**
(ORWPNP/ORSRH)
(Clerk's Action Required)

THIS MATTER CAME ON regularly before the undersigned judge/commissioner, and the court having considered the records and files herein, hereby ORDERS, ADJUDGES, and DECREES: that the defendant must:
→not obtain or possess any firearms, other dangerous weapons, or concealed pistol license; **AND**
→turn in any firearms, other dangerous weapons, and concealed pistol license as stated in this Order.

**The court orders that you (defendant) must immediately surrender (turn in):**

- all firearms and other dangerous weapons in your possession or control **AND**
- any concealed pistol license

**Surrender Weapons and Concealed Pistol License (CPL) to:**

☑ OLYMPIA POLICE DEPARTMENT                    ☐County Sheriff ☑City/Town Police Chief *where the case is filed.*

☐ other person designated by the court who is not prohibited from possessing or obtaining any firearms, other dangerous weapons, and CPL under state or federal law and who agrees to complete the **Receipt for Surrendered Weapons and Concealed Pistol License**:

☐ Your attorney, name: _____ WSBA No._____;
☐ Name: _____. Relationship to you: _____.

If any designated person does not agree to complete the Receipt, you must immediately give the weapons and CPL to the County Sheriff or Police Department of OLYMPIA POLICE DEPARTMENT

☑ **You must appear for the review hearing on** MONDAY, FEBRUARY 3, 2020 **at** 10:30 A.M. a.m./p.m. to **provide proof that the weapons and/or concealed pistol license have been surrendered. If such proof is filed with the clerk of the Thurston County Superior Court at least 24 hours prior to this date, then the hearing shall be stricken and you need not appear.**

ORDER TO SURRENDER FIREARMS (#ORWPN/ORSRH) - Page 1

JON TUNHEIM
Thurston County Prosecuting Attorney
2000 Lakeridge Drive S.W.
Olympia, WA 98502
(360) 786-5540 Fax (360) 754-3358

20-1-00165-34

If you have weapons or CPL:

Step 1: **Immediately** turn in the weapons and CPL.
Step 2: Get a receipt for the weapons and CPL from law enforcement or court designated person.
Step 3: Complete the *Proof of Surrender* form and attach the receipt.
Step 4: File the documents with the clerk of the Thurston County Superior court within 5 days.

**If you do not have weapons or CPL:**

Step 1: **Immediately** complete and sign the *Declaration of Non-Surrender* form.
Step 2: File the declaration with the clerk of the Thurston County Superior court within 5 days.

If you already surrendered firearms, other dangerous weapons, and CPL under another order, they must remain in the possession of the person who received them until further order of the court. You must surrender all firearms and other dangerous weapons subject to this order, including but not limited to the following:

| | |
|---|---|
| | |
| | |
| | |
| | |

Attach sheet if there are more to list. You are required to surrender all of your firearms, or other dangerous weapons subject to this order, even if they are not listed above.

dangerous weapons subject to this order, even if they are not listed above.

---

**WACIC Data Entry**

The clerk of court shall forward a copy of this order on or before the next judicial day to
⬚ County Sheriff's Office or OLYMPIA POLICE DEPARTMENT    City/Town Police Dept **where the case is filed** which shall enter this order into WACIC.
LEA# 20-535 _____

**Service**

This order made in open court in the presence of the defendant.  Additional service is not required.

---

**Warning! If you fail to comply with this Order, you could be found in contempt of court and/or be charged with a misdemeanor or felony, and punished accordingly.  RCW 9.41.040(2) and RCW 9.41.810.**

Dated 01/27/20 _____    at 3:30 PM _____    _____

JUDGE CHRISTOPHER LANESE

I acknowledge receipt of additional instructions for surrender of weapons and CPL to law enforcement.  I acknowledge receipt of a copy of this order.

➤ _____    JASON E SHRIVER _____
Signature of Defendant                          Print Name

ORDER TO SURRENDER FIREARMS (#ORWPN/ORSRH) - Page 2

JON TUNHEIM
Thurston County Prosecuting Attorney
2000 Lakeridge Drive S.W.
Olympia, WA 98502
(360) 786-5540 Fax (360) 754-3358