# Exhibit 6

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

_____

GABRIEL SHRIVER, et al.,       )
                                           )
                                           )
                                         )   Case No.
                Plaintiffs,      )
                                         )   3:22-cv-05138-MJP
      vs.                       )
                                         )
OLYMPIA POLICE DEPARTMENT, et al.,  )
                                         )
                                         )
                                         )
              Defendants.      )
                                         )

_____

REMOTE DEPOSITION OF COREY JOHNSON

January 12, 2023

Witness Location:  Olympia, Washington

Reported by:
Connie Recob, CCR, RMR, CRR
Washington CCR No. 2631
Oregon CCR No. 15-0436
Utah CCR No. 1133171-7801

Corey Johnson - January 12, 2023

Page 2

APPEARANCES


For the Plaintiffs:

            GREG ALBERT
            ALBERT LAW PLLC
            3131 Western Avenue, Suite 410
            Seattle, Washington 98121
            (206) 576-8044
            greg@albertlawpllc.com


For the Defendants:

            JOHN JUSTICE
            LAW, LYMAN, DANIEL, KAMERRER &
            BOGDANOVICH, PS
            P.O. Box 11880
            Olympia, Washington 98508-1880
            (360) 754-3480
            jjustice@lldkb.Com


For the Defendant Thurston County:

            RICHARD JOLLEY
            KEATING, BUCKLIN & MCCORMACK, INC., P.S.
            801 Second Avenue, Suite 1210
            Seattle, Washington 98104-3175
            (206) 623-8861
            rjolley@kbmlawyers.com

                  AND

            JULIE CARIGNAN
            THURSTON COUNTY PROSECUTING ATTORNEY'S
            OFFICE
            2000 Lakeridge Drive Southwest, Bldg. 2
            Olympia, WA 98502-6001
            julie.carignan@co.thurston.wa.us


Also Present:

            Tammy Devlin - Risk Manager

Corey Johnson - January 12, 2023

Page 3

                          EXAMINATION INDEX


EXAMINATION BY:                                    PAGE NO.

BY MR. ALBERT                                         4




                           EXHIBIT INDEX


EXHIBIT NO.      DESCRIPTION                        PAGE NO.


Exhibit 1        Search Warrant                        43



               WITNESS INSTRUCTED NOT TO ANSWER


                            (None)


                     INFORMATION REQUESTED


                            (None)

Verb8M Reporting, Inc.
info@verb8m.net * 206.467.0800

Page 4

BE IT REMEMBERED that on Thursday, January 12, 2023, at Olympia, Washington, at 12:01 p.m., before Connie Recob, CCR, RMR, CRR, remotely appeared COREY JOHNSON, the witness herein;

WHEREUPON, the following proceedings were had, to wit:

<<<<<<  >>>>>>

COREY JOHNSON,              having been first duly sworn, deposed and testified as follows:

EXAMINATION

BY MR. ALBERT:

Q. Well, good morning, Sergeant Johnson, or, I guess good afternoon now.

Would you give your full name for the record.

A. Corey, C-O-R-E-Y -- you want it spelled, correct?

Q. Sure.  Yeah, that would be great.

A. So Corey, C-O-R-E-Y, Christopher, C-H-R-I-S-T-O-P-H-E-R, Johnson, J-O-H-N-S-O-N.

Q. Okay.  And have you ever had your deposition taken before?

A. Yes, sir.

Q. Okay.  About how many times?  Can you estimate?

Corey Johnson - January 12, 2023

Page 84

Q. I want to ask you about this threat assessment that you filled out. How do you know that it no longer exists?

A. Because we don't turn them in with the cases, the reports. That policy has since changed in the last -- or in 2021. They now get turned in.

Q. Okay. So they must exist somewhere even though they're not being turned in, right?

A. I delete them after the incident is over. I mean, not now. Then.

Q. Sure. How long after the incident was over?

A. Probably within the next day or two.

Q. What is the retention policy on those?

A. Now, I don't -- off the top of my head, I don't know how many years or how long. I just know that we turn them into records now, and if it goes into records, my assumption would be it maintains with the case file, which we retain or electronically retain.

Q. Okay. So I think you said that today, it's retained with the case file, right?

A. Right.

Q. Okay. What -- what would happen, what was the policy regarding a threat assessment being retained back in January of 2020?

A. We didn't retain them back then.

Q. Was there a policy saying to delete them?

Corey Johnson - January 12, 2023

Page 87

REPORTER'S CERTIFICATE

I, CONNIE A. RECOB, the undersigned Certified Court Reporter, pursuant to RCW 5.28.010 authorized to administer oaths and affirmations in and for the State of Washington, do hereby certify that the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that any and/or all witness(es) were duly sworn to testify to the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision, to the best of my ability; that the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that a review of which was requested; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

WITNESS MY HAND and SIGNATURE this 31st day of March, 2023.

_____
CONNIE A. RECOB, RMR, CRR
Washington Certified Court Reporter, CCR 2631
connie@verb8m.net

Verb8M Reporting, Inc.
info@verb8m.net * 206.467.0800