UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DORCAS GITHINJI and JASON SHRIVER,

           Plaintiffs,

   v.

OLYMPIA POLICE DEPARTMENT, et al.,

           Defendants.

CASE NO. C22-5138 MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Defendants filed a Reply to their Motions in Limine. (Dkt. No. 113.) As Local Civil Rule 7(d)(4) states, "[n]o reply papers shall be filed." Accordingly, the Court STRIKES the Reply brief (Dkt. No. 113), and will not consider its contents.

\\

\\

\\

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed April 19, 2024.

<pre>
                            Ravi Subramanian
                            Clerk of Court

                            s/Kathleen Albert
                            Deputy Clerk
</pre>

MINUTE ORDER - 2