UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DORCAS GITHINJI and JASON SHRIVER, <br><br> Plaintiffs, <br><br> v. <br><br> NICHOLAS SMITH, THOMAS MILAVEC, TIFFANY COATES, COREY JOHNSON, <br><br> Defendants. | CASE NO. C22-5138 MJP <br><br> ORDER ON MOTIONS IN LIMINE |

This matter comes before the Court on the Parties' Motions in Limine. (Dkt. Nos. 103, 105.) Having reviewed the Motions, the Responses (Dkt. Nos. 109, 110), and all supporting materials, and having heard arguments and ruled orally on the Motions during the Pretrial Conference of April 30, 2024, the Court issues this Order to confirm its oral ruling that GRANTS in part and DENIES in part both Motions.

**A.      Plaintiffs' Motions in Limine**

The Court ORDERS as follows:

1. Plaintiffs' Motion in Limine 1 is agreed and GRANTED.

2. Plaintiffs' Motion in Limine 2 is GRANTED.

3. Plaintiffs' Motion in Limine 3 is agreed GRANTED.

4. Plaintiffs' Motion in Limine 4 is GRANTED in part; the Parties are to exchange presentations to be used in opening statements and raise any objections as to the use of exhibits before opening statements commence.

5. Plaintiffs' Motion in Limine 5 is DENIED.

6. Plaintiffs' Motion in Limine 6 is agreed and GRANTED.

7. Plaintiffs' Motion in Limine 7 is agreed and GRANTED.

8. Plaintiffs' Motion in Limine 8 is agreed and GRANTED.

9. Plaintiffs' Motion in Limine 9 is agreed and GRANTED.

10. Plaintiffs' Motion in Limine 10 is agreed and GRANTED.

11. Plaintiffs' Motion in Limine 11 is DENIED; as instructed during the Pretrial Conference, the Parties are to edit all four videos into a single, non-overlapping video of the incident and include a time signature on the video.

12. Plaintiffs' Motion in Limine 12 is DENIED.

13. Plaintiffs' Motion in Limine 13 is DENIED.

B. **Defendants' Motions in Limine**

The Court ORDERS as follows:

1. Defendants' Motion in Limine A is agreed and GRANTED.

2. Defendants' Motion in Limine B is agreed and GRANTED.

3. Defendants' Motion in Limine C is agreed and GRANTED.

4. Defendants' Motion in Limine D is agreed and GRANTED.

|   |   |
|---|---|
| 1 | 5. Defendants' Motion in Limine E is DENIED. |
| 2 | 6. Defendants' Motion in Limine F is DENIED. |
| 3 | 7. Defendants' Motion in Limine G is DENIED. |
| 4 | 8. Defendants' Motion in Limine H is DENIED. |
| 5 | 9. Defendants' Motion in Limine I is DENIED. |
| 6 | 10. Defendants' Motion in Limine J is DENIED. |
| 7 | 11. Defendants' Motion in Limine K is DENIED. |
| 8 | 12. Defendants' Motion in Limine L is DENIED. |
| 9 | 13. Defendants' Motion in Limine M is agreed and GRANTED. |
| 10–12 | 14. Defendants' Motion in Limine N is GRANTED in part; the Parties are not to explore the reasons why no other videos are available, but they will be permitted to tell the jury there are no other videos of the incident available. |
| 13 | 15. Defendants' Motion in Limine M is agreed and GRANTED. |
| 14–16 | 16. Defendants' Motion in Limine O is DENIED; the Court will consider the possibility of instructing the jury on punitive damages, but only after the Parties have rested. |
| 17–19 | 17. Defendants' Motion in Limine P is GRANTED; should the Parties wish to object on the basis of a ruling on a Motion in Limine, they are to state "Previous Ruling" as the basis. |
| 20 | 18. Defendants' Motion in Limine Q is DENIED. |
| 21 | 19. Defendants' Motion in Limine R is agreed and GRANTED. |
| 22 | 20. Defendants' Motion in Limine S is agreed and GRANTED. |
| 23 | 21. Defendants' Motion in Limine T is DENIED. |
| 24 |   |

22. Defendants' Motion in Limine U is agreed and GRANTED.

23. Defendants' Motion in Limine V is DENIED.

24. Defendants' Motion in Limine W is GRANTED in part, on the same terms set out in the Order on Plaintiffs' Motion in Limine No. 11.

25. Defendants' Motion in Limine X is DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 2, 2024.

Marsha J. Pechman
United States Senior District Judge